IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gibson, Andre | Case Number: 04 B 42688 |
|---|---|---|
| | Gibson, Cynthia C | Judge: Hollis, Pamela S |
| | Printed: 4/8/08 | Filed: 11/17/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 7, 2008
Confirmed: January 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 100,578.01 | |
| Secured: | | 71,527.42 |
| Unsecured: | | 19,304.89 |
| Priority: | | 0.00 |
| Administrative: | | 1,894.00 |
| Trustee Fee: | | 4,964.07 |
| Other Funds: | | 2,887.63 |
| Totals: | 100,578.01 | 100,578.01 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Doyle, Ltd. | Administrative | 1,894.00 | 1,894.00 |
| 2. | Select Portfolio Servicing | Secured | 34,098.47 | 34,098.47 |
| 3. | Village of Dolton | Secured | 352.71 | 352.71 |
| 4. | Americredit Financial Ser Inc | Secured | 8,412.49 | 8,412.49 |
| 5. | Select Portfolio Servicing | Secured | 28,663.75 | 28,663.75 |
| 6. | Charming Shoppes-Fashion Bug | Unsecured | 1,396.84 | 1,396.84 |
| 7. | Educational Credit Management Corp | Unsecured | 4,541.68 | 4,541.68 |
| 8. | Americredit Financial Ser Inc | Unsecured | 6,616.71 | 6,616.71 |
| 9. | Bud's Ambulance | Unsecured | 183.64 | 183.64 |
| 10. | Jefferson Capital | Unsecured | 1,713.43 | 1,713.43 |
| 11. | Muncipal Collection Service | Unsecured | 288.77 | 288.77 |
| 12. | RoundUp Funding LLC | Unsecured | 2,230.52 | 2,230.52 |
| 13. | Premier Bankcard | Unsecured | 173.28 | 173.28 |
| 14. | Resurgent Capital Services | Unsecured | 1,145.95 | 1,145.95 |
| 15. | Jefferson Capital | Unsecured | 1,014.07 | 1,014.07 |
| 16. | Earthlink | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Children's Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | Comcast | Unsecured | | No Claim Filed |
| 21. | Crossing Pointe | Unsecured | | No Claim Filed |
| 22. | Daleys Ambulance Med Supply | Unsecured | | No Claim Filed |
| 23. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 24. | Pediatric Faculty Foundation I | Unsecured | | No Claim Filed |
| 25. | Lippinciott Williams & Wilkins | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gibson, Andre  
Gibson, Cynthia C  
Printed: 4/8/08

Case Number: 04 B 42688  
Judge: Hollis, Pamela S  
Filed: 11/17/04

| | | | |
|---|---|---|---|
| 26. Providian | Unsecured | | No Claim Filed |
| 27. Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 28. Michael Reese Hospital | Unsecured | | No Claim Filed |
| 29. University Of Phoenix | Unsecured | | No Claim Filed |
| 30. University of Neurologists | Unsecured | | No Claim Filed |
| 31. Providian | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 92,726.31 | $ 92,726.31 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 420.82 |
| 4% | 420.00 |
| 3% | 187.14 |
| 5.5% | 1,136.15 |
| 5% | 316.95 |
| 4.8% | 647.90 |
| 5.4% | 1,835.11 |
| | _____ |
| | $ 4,964.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

